IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALADIN RUSHDAN aka
ROBERT WOODS,

       Plaintiff,                       No. CIV S-06-0729 GEB GGH P

   vs.

TOM PERBULA, et al.,

       Defendants.             <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). While plaintiff has paid a partial filing fee of $150, the filing fee for this civil rights action is $250.

       Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the remaining portion of the filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of

1

1  Court, or the remaining portion of the filing fee due, i.e. $100; plaintiff's failure to comply with

2  this order will result in the dismissal of this action; and

3        2.  The Clerk of the Court is directed to send plaintiff a new Application to

4  Proceed In Forma Pauperis By a Prisoner.

5  DATED: 5/17/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
rush0729.cdc

2