IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALADIN RUSHDAN aka
ROBERT WOODS,

      Plaintiff,                              No. CIV S-06-0729 GEB GGH P

      vs.

TOM PERBULA, et al.,

      Defendants.                   <u>ORDER</u>

                              /

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The filing fee for this action is $250. On April 5, 2006, plaintiff a partial filing fee of $150. On May 17, 2006, plaintiff was ordered to file an in forma pauperis affidavit or pay the remaining portion of the filing fee within thirty days. The thirty day period expired and plaintiff did not responded to the court's order. Accordingly, on August 3, 2006, the court recommended that this action be dismissed.

      On August 10, 2006, plaintiff filed objections to the findings and recommendations. Plaintiff states that he did not receive the May 17, 2006, order. Plaintiff also states that he intends to pay the remaining portion of the filing fee that is due.

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The August 3, 2006, findings and recommendations are vacated;

2. Plaintiff is granted thirty days from the date of this order to pay the remaining portion of the filing fee that is due.

DATED:  8/24/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
rush729.vac