IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALADIN RUSHDAN aka
ROBERT WOODS,

      Plaintiff,                    No. CIV S-06-0729 GEB GGH P

   vs.

TOM PERBULA, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid the filing fee. Although plaintiff has paid the filing fee, the court may screen complaint pursuant to 28 U.S.C. § 1915(e)(2).

        Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that–
(A) the allegation of poverty is untrue; or
(B) the action or appeal–
(i) is frivolous or malicious;
(ii) fails to state a claim on which relief may be granted; or
(iii) seeks monetary relief against a defendant who is immune from such judgment.

28 U.S.C. § 1915(e)(2).

/////

1

Named as defendants are Tom Perbula, G. Stratton, Ana Palmer, John Dovey and S. Hall. Plaintiff alleges that defendants have violated a settlement agreement he reached in another action. Plaintiff alleges that the settlement agreement gave him the right to sue for non-compliance and breach of contract. In the instant action, plaintiff appears to seek enforcement of the settlement agreement reached in the other action.

This court has jurisdiction to consider plaintiff's claim only if the action in which the settlement agreement was reached was filed in this court *and* if the settlement agreement provided that the court retained jurisdiction. 28 U.S.C. § 3626(c)(2). Plaintiff does not identify the court in which the settlement was reached. Nor does plaintiff discuss whether the terms of the settlement agreement provided that the court was to retain jurisdiction. Accordingly, the complaint is dismissed with leave to amend. Plaintiff should address these matters in the amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with thirty days to file an amended complaint; failure to file an amended complaint within that time will result in a recommendation of dismissal of this action.

DATED: 11/20/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
rush729.ame