IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALADIN RUSHDAN, aka
ROBERT WOODS,

      Plaintiff,                    No. CIV S-06-0729 GEB GGH P

  vs.

TOM PERBULA, et al.,

      Defendants.             <u>ORDER</u>

_____/

        On January 26, 2007, this action was dismissed. On August 10, 2007, the Ninth Circuit Court of Appeals dismissed plaintiff's appeal. On September 27, 2007, plaintiff filed a motion for appointment of counsel in this court addressed to the Ninth Circuit. This motion should have been filed with the Ninth Circuit as it is addressed to that court.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 27, 2007, motion for appointment of counsel is disregarded.

DATED: 10/25/07                    /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

rush729.ord

1