IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALADIN RUSHDAN (aka WOODS),

    Plaintiff,               No. 2:06-cv-0729 GEB KJN P

    vs.

TOM PERBULA, et al.,

    Defendants.        <u>ORDER</u>

_____/

On October 8, 2009, plaintiff filed a motion seeking an extension of time to serve process on defendants Perbula and Stratton. Plaintiff also asked defendants Van Cor, Palmer, Dovey and Hall (hereinafter "defendants") to provide assistance in locating defendants Perbula and Stratton as his efforts to date have failed. Defendants have not filed a response to plaintiff's motion.

Good cause appearing, plaintiff will be granted an additional ninety days in which to serve process on defendants Perbula and Stratton. Fed. R. Civ. P. 4(m). Defendants' counsel shall query the Department of Corrections and Rehabilitation ("CDCR") to ascertain the whereabouts of defendants Perbula and Stratton. If defendants Perbula and Stratton are still employed with the CDCR or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business addresses of defendants

1

Perbula and Stratton, counsel shall provide the address to plaintiff.  In the event that defendants cannot locate the business addresses of defendants Perbula and Stratton, they shall seek the home addresses of defendants Perbula and Stratton.  If defendants cannot locate the current home addressees of defendants Perbula and Stratton, defendants shall provide the last known home address for defendants Perbula and Stratton set forth in CDCR records.  If defendants locate only a home address for either defendant Perbula or Stratton, they shall file the home address with the court, under seal, accompanied by a copy of this order.

In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business or home addresses of defendants Perbula or Stratton, counsel shall so inform the court.

Defendants' counsel shall file and serve the appropriate response within twenty-one days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 8, 2009 motion is partially granted.

2. Plaintiff is granted ninety days in which to serve process on defendants Perbula and Stratton.

3. Counsel for defendants Van Cor, Palmer, Dovey and Hall shall file and serve the appropriate response to the directions provided on page 1, lines 21-26 and page 2, lines 1-10, above, within twenty-one days from the date of this order.  In the event that defendants are supplying a home address of either defendants Perbula or Stratton, they shall file the home address with the court, under seal, accompanied by a copy of this order.

DATED:  June 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rush0729.svc