IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALADIN RUSHDAN,

        Plaintiff,                  No. 2:06-cv-0729 GEB KJN P

    vs.

T. PERBULA, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2010, plaintiff filed a motion for certificate of appealability. (Dkt. No. 72.) However, certificates of appealability are only required in habeas proceedings filed pursuant to 28 U.S.C. § 2254 or 28 U.S.C. § 2255. 28 U.S.C. § 2253. Accordingly, plaintiff's motion will be denied as unnecessary.

        On August 19, 2010, plaintiff filed a document entitled "Motion of Objection to Judges Decision Dated: August 6, 2010." (Dkt. No. 75.) Plaintiff states he mailed objections to the findings and recommendations on or about June 24, 2010. Plaintiff seeks a stay or "reversal" of the court's order "until the court or the prison locates said motion." (<u>Id</u>.) Plaintiff is advised that the court did not receive the objections and, until plaintiff re-sends a copy of the objections, the court cannot stay or reverse its order.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 23, 2010 motion (Dkt. No. 72) is denied; and

2. Plaintiff's August 19, 2010 motion (Dkt. No. 75) is denied.

DATED: August 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rush0729.den